%AO 245D (Rev. 11/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |

| CHARLES VERNON MERRICK, JR. | Case Number: | CR 08-4081-1-MWB |
|---|---|---|
| | USM Number: | 15229-047 |
| | Robert Wichser | |
| | Defendant's Attorney | |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s)  **1, 2 a-h, 3 a-e, 4, 5, 6, 7, and 8 a-b**  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Comply with Residential Reentry Rules | February 12, 2012 |
| 2 a-h | Failure to Comply with GPS Rules | May 9, 2012 |
| 3 a-e | Failure to Comply with Drug Testing | May 30, 2012 |
| 4 | Leaving Judicial District Without Permission | May 5, 2012 |
| 5, 7 | Use of Alcohol | July 24, 2012 |
| 6 | Failure to Participate in Sex Offender Treatment | May 30, 2012 |
| 8 a-b | Failure to Comply with Remote Alcohol Testing | August 2, 2012 |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 3, 2012
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Mark W. Bennett, U.S. District Judge
Name and Title of Judge

8.3.12
Date

DEFENDANT: **CHARLES VERNON MERRICK, JR.**
CASE NUMBER: **CR 08-4081-1-MWB**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **10 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ a _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **CHARLES VERNON MERRICK, JR.**
CASE NUMBER: **CR 08-4081-1-MWB**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **No supervised release shall be reimposed**.